**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00497-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  PATRICK SEAN LOWDER,

    Defendant.

## MINUTE ORDER[1]

On October 19, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** that on **November 16, 2012**, commencing at 10:00 a.m., the court shall conduct a sentencing hearing in this matter.

    Dated:  October 19, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.